IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTINE V. DOWDING, on behalf of Plaintiff and a Class, | Case No. 20-CV-4118 |
| Plaintiff, | Hon. Virginia M. Kendall |
| v. | |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

**DEFENDANT NATIONWIDE MUTUAL INSURANCE COMPANY'S
MOTION TO STRIKE PLAINTIFF'S CLASS ACTION ALLEGATIONS**

Defendant Nationwide Mutual Insurance Company ("Nationwide") hereby moves for an order from the Court to strike Plaintiff Christine V. Dowding's ("Plaintiff") class allegations from the Complaint ("Complaint"), pursuant to Federal Rule of Civil Procedure 12(f), 23(c)(1)(A), and 23(d)(1)(D), on the grounds that Plaintiff cannot satisfy the requirements of Federal Rule of Civil Procedure 23 with respect to the alleged class. This Motion is based upon the accompanying Memorandum in Support, the pleadings and the records on file herein, and on any oral argument or evidence that may be presented at a hearing on this Motion.

Dated: July 20, 2020

Respectfully Submitted,

s/ *Jonathan M. Cyrluk*
Jonathan M. Cyrluk (ARDC #6210250)
Steven C. Moeller (ARDC #6290263)
Carpenter Lipps & Leland LLP
180 N. LaSalle Street, Suite 2105
Chicago, IL 60601
Direct: (312) 777-4820
Fax: (312) 777-4839

1

cyrluk@carpenterlipps.com
moeller@carpenterlipps.com

Michael H. Carpenter (*pro hac vice* forthcoming*)*
Carpenter Lipps & Leland LLP
280 Plaza, Suite 1300
280 North High Street
Columbus, Ohio 43215
Tel: (614) 365-4100
Fax: (614) 365-9145
carpenter@carpenterlipps.com

Aneca E. Lasley (*pro hac vice* forthcoming)
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South High Street
Columbus, OH 43215
(614) 365-2700 (Phone)
(614) 365-2499 (Fax)
Aneca.Lasley@squirepb.com

Petrina A. McDaniel (*pro hac vice* forthcoming)
SQUIRE PATTON BOGGS (US) LLP
1230 Peachtree St NE, Suite 1700
Atlanta, Georgia 30309
Phone: 678-272-3207
Petrina.McDaniel@squirepb.com

*Attorneys for Defendant Nationwide Mutual Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of July, 2020, a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to:

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
Dulijaza (Julie) Clark
Bryan G. Lesser
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
Fax: (312) 419-0379
courtecl@cdcombs.com

Patrick Wartan
TAFT, STETTINIUS & HOLLISTER, LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
(312) 527-4000
Fax: (312) 966-8589
pwartan@taftlaw.com
(e-mailed directly)

William C. Wagner
TAFT, STETTINIUS & HOLLISTER, LLP
One Indiana Square, Suite 3500
Indianapolis, Indiana 46204
(317) 713-3500
Fax: (317) 715-4537
wwagner@taftlaw.com
(e-mailed directly)

*Attorneys for Plaintiff Christine V. Dowding*

                                                *s/ Jonathan M. Cyrluk*
                                                Jonathan M. Cyrluk

*Attorney for Defendant Nationwide Mutual Insurance Company*