**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Christine V. Dowding

                              Plaintiff,

v.                                                              Case No.: 1:20−cv−04118

                                                                       Honorable Beth W. Jantz

Nationwide Mutual Insurance Company

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 12, 2021:

      MINUTE entry before the Honorable Beth W. Jantz: Parties having filed their Joint Stipulation of Dismissal [45], all pending deadlines and hearings before this Court are hereby stricken. This case is dismissed with prejudice and each party shall bear its own fees and costs. Civil case terminated. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.